UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23831-Civ-COOKE/TURNOFF

ROBERT ROBINS,

    Plaintiff,

vs.

THE TOWERS OF QUAYSIDE NO. 1
CONDOMINIUM ASSOCIATION, INC.,

    Defendant.

_____/

**FINAL JUDGMENT ON FEES AND COSTS**

It is hereby **ORDERED and ADJUDGED**, that final judgment is entered in favor of the Defendant, The Towers of Quayside No. 1 Condominium Association, Inc., and against the Plaintiff, Robert Robins, for attorney's fees and costs in the amount of Fifty-Six Thousand One Hundred Forty-Five Dollars and No Cents ($56,145.00) in attorney's fees, and Four Thousand Five Hundred Eight Dollars and Fourteen Cents ($4,508.14) in taxable costs, for which sum let execution issue.

**DONE and ORDERED** in chambers, at Miami, Florida, this 11th day of September 2014.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*